United States District Court
Southern District of Texas
**ENTERED**
January 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PERLA G GUTIERREZ, § § Plaintiff, § § VS. § SN SERVICING CORPORATION, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:25-CV-01555 |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on January 9, 2026. Doc. #12. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant's Motion to Dismiss (Doc. #7) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Court will enter a separate Final Judgment.

It is so ORDERED.

1/28/26
Date

The Honorable Alfred H. Bennett
United States District Judge